IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

KIM MITCHELL, ROMMY HENLEY, )
RAPHAEL ZILCH, EDWARD STOROZAK, )
BRIAN SHERMAN, and JOE NEWHART, )
)
                      Plaintiffs, )    Case No. 15 M1 110181
)    Transferred to Law Division
)
                 vs. )
)
JOHN A. POPADIUK, indv. and d/b/a )
ZIDWARE, INC., and ZIDWARE, INC., )
)
                 Defendants. )
)

## JUDGMENT ORDER

      This matter coming to be heard for trial and on Plaintiffs' Motion for Summary Judgment, following presentment of Plaintiffs' case in chief, this Court being fully advised, IT IS HEREBY ORDERED:

1.   Plaintiffs' Motion for Summary Judgment is hereby granted and judgments are hereby entered in Favor of the Plaintiffs, KIM MITCHELL, ROMMY HENLEY, RAPHAEL ZILCH, EDWARD STOROZAK, BRIAN SHERMAN, and JOE NEWHART (the "Plaintiffs") and against the Defendants, JOHN A. POPADIUK, individually, and ZIDWARE, INC. (the "Defendants").

2.   A judgment is entered in favor of Plaintiff, KIM MITCHELL, in the total amount of $105,990.00. Said Judgment breaks down as follows: $7,250.00 for damages suffered by Kim Mitchell, $9,995.00 for damages suffered by Alain Mueller; $4,500.00 for damages suffered by Dan Gossett; $6,500.00 for damages suffered by Henry Zumbrun; $5,750.00 for damages suffered by Christopher Wright; $4,995.00 for damages suffered by Gavin Wong; $4,250.00 for damages suffered by John Gilbody; $16,000.00 for damages suffered by Mark Williams, Jr.; $2,250.00 for damages suffered by Ronald Barbagallo; $6,500.00 for damages suffered by John Darby; $6,500.00 for damages suffered by Justin Kelly; $19,250.00 for damages suffered by Michael Engel; $6,750.00 for damages suffered by Sean Bernhardt; $6,500.00 for damages suffered by Trevor Graw; plus, ~~punitive damages in the amount of $~~_____.

3.   A judgment is entered in favor of Plaintiff, ROMMY HENELY, in the total amount of $6,500.00. Said Judgment breaks down as follows: $6,500.00 for damages suffered by Rommy Henley; $0 for damages suffered by Stephan Frederic ~~Muller; plus, punitive damages in the amount of $~~_____.

4. A judgment is entered in favor of Plaintiff, RAPHAEL ZILCH, in the total amount of $ 6895.00 . Said Judgment breaks down as follows: $ 6895.00 for damages suffered by Raphael Zilch; ~~plus, punitive damages in the amount of $~~

5. A judgment is entered in favor of Plaintiff, EDWARD STOROZUK, in the total amount of $ 6500.00 . Said Judgment breaks down as follows: $ 6500.00 for damages suffered by Edward Storozuk; ~~plus, punitive damages in the amount of $~~ .

6. A judgment is entered in favor of Plaintiff, BRIAN SHERMAN, in the total amount of $ 4250.00 . Said Judgment breaks down as follows: $ 4250.00 for damages suffered by Brian Sherman; ~~plus, punitive damages in the amount of $~~

7. A judgment is entered in favor of Plaintiff, JOE NEWHART, in the total amount of $ 9145.00 . Said Judgment breaks down as follows: $ 9145.00 for damages suffered by Joe Newhart; ~~plus, punitive damages in the amount of $~~

8. An additional judgment is entered in favor of the Plaintiffs and against the Defendants, for the total amount of $_____, for Plaintiffs' court costs and expenses incurred in connection with this Lawsuit.

Zane D. Smith & Associates
Attorneys for the Plaintiffs
221 North LaSalle Street, Suite 1320
Chicago, IL 60601
Ph. (312) 245-0031
F. (312) 245-0022
Zane@zanesmith.com

ENTERED: Judge Margaret Ann Brennan

APR 30 2018

Circuit Court - 1846

_____
Judge Margaret A. Brennan     1846