#37398                                                                                                      File No.: 4448

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

KIM MITCHELL, ROMMY HENLEY,            )
RAPHAEL ZILCH, EDWARD STOROZUK,        )
BRIAN SHERMAN, and JOE NEWHART         )
        Plaintiffs,             )
                                       )    2015 M1 110181
v.                                     )
                                       )
JOHN A. POPADIUK, indv. and d/b/a      )
ZIDWARE, INC. and                      )
ZIDWARE, INC., an Illinois Corporation,)
        Defendants.             )

### THIRD-PARTY CITATION TO DISCOVER ASSETS

TO:   deeproot Pinball, 8200 W Interstate 10, Ste. 600, San Antonio, TX 78230

*YOU ARE COMMANDED* to appear before the Honorable Alexander P. White in room 2503 of the Richard J. Daley Center, Chicago, Illinois on _June 25_, 2018 at 9:30 a.m. to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

A judgment was entered against **JOHN A. POPADIUK, indv. and d/b/a ZIDWARE, INC. and ZIDWARE, INC., an Illinois Corporation.**, on April 30, 2018 in the amount of $139,280.00 as of the date of the filing of this citation, $139,280.00 remains unsatisfied.

*YOU ARE COMMANDED* to produce at the examination any and all of the following records: 2013, 2014, 2015, 2016 and 2017 Federal Tax Returns with all schedules and W-2 Forms, 1099 Forms attached, current pay stubs for the last six (6) months, payroll records for the last six (6) months, a list of any and all bank accounts, certificates of deposit, Treasury Bills, and any other accounts in which Judgment Debtor(s) has any interest whatsoever including but not limited to car titles, and all books, papers or records in you possession or control which may contain information concerning the property or income of, or indebtness due judgment debtor.  All financial records including but not limited to brokerage statements, checking account statements, investment statements, real property deeds, estate planning fund statements, mortgage statements, motor vehicle titles, any and all insurance policies, including but not limited to homeowners, life, automobile.  A list of any and all bank accounts, certificates of deposit, Treasury Bills, and any other accounts in which Judgment Debtor(s) **has any interest whatsoever** including but not limited to car titles, and all books. papers or records in you possession or control which may contain information   concerning the property or income of, or indebtedness due judgment debtor. Any and all stocks, bonds, shares of any company owned, controlled or operated by Judgment Debtor(s) including but not limited to 1099's, W-2's or any other form of payment to Judgment Debtor(s).  Any asset of Judgement Debtor(s) including any and all gifts and proof of income and/or earnings for the years 2013, 2014, 2015, 2016 and 2017.

1

*YOU ARE PROHIBITED* from making or allowing any transfer or other disposition of or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

### CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note:  This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount: $139,280.00
2. Name of the Court: Circuit Court of Cook County, County Department, Law Division
3. Case No.  2015-M1-110181

I, the undersigned certify under penalties to the Court that the following information is true.

_____
Attorney for Judgment Creditor

ZANE D. SMITH & ASSOCIATES, LTD.
221 N. LaSalle Street, Suite 1320
Chicago, Illinois 60601
Phone: (312) 245-0031
Zane@zanesmith.com

DOROTHY BROWN, JUN 13 2018
DOROTHY BROWN
CLERK OF CIRCUIT COURT

2

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
# COUNTY DEPARTMENT, LAW DIVISION

KIM MITCHELL, ROMMY HENLEY, RAPHAEL ZILCH, EDWARD STOROZAK, BRIAN SHERMAN, and JOE NEWHART,

Plaintiffs,

vs.

JOHN A. POPADIUK, indv. and d/b/a ZIDWARE, INC., and ZIDWARE, INC.,

Defendants.

Case No. 15 M1 110181
Transferred to Law Division

## JUDGMENT ORDER

This matter coming to be heard for trial and on Plaintiffs' Motion for Summary Judgment, following presentment of Plaintiffs' case in chief, this Court being fully advised, IT IS HEREBY ORDERED:

1 Plaintiffs' Motion for Summary Judgment is hereby granted and judgments are hereby entered in Favor of the Plaintiffs, KIM MITCHELL, ROMMY HENLEY, RAPHAEL ZILCH, EDWARD STOROZAK, BRIAN SHERMAN, and JOE NEWHART (the "Plaintiffs") and against the Defendants, JOHN A. POPADIUK, individually, and ZIDWARE, INC. (the "Defendants").

2. A judgment is entered in favor of Plaintiff, KIM MITCHELL, in the total amount of 105,990.00. Said Judgment breaks down as follows: $ [illegible]250.00 for damages suffered by Kim Mitchell, $ 9995.00 for damages suffered by Alain Mueller; $ 4500.00 for damages suffered by Dan Gossett; $ 6500.00 for damages suffered by Henry Zumbrum; $ 5750.00 for damages suffered by Christopher Wright; $ 4995.00 for damages suffered by Gavin Wong; $ 4250.00 for damages suffered by John Gilbody; $ [illegible] for damages suffered by Mark Williams, Jr., $ 2250.00 for damages suffered by Ronald Barbagallo; $ 6500.00 for damages suffered by John Darby; $ 6500.00 for damages suffered by Justin Kelly; $ 19,[illegible].00 for damages suffered by Michael Engel, [illegible] for damages suffered by Sean Bernhardt; $ 6500.00 for damages suffered by Trevor Graw; plus, ~~punitive damages in the amount of \$______~~.

3. A judgment is entered in favor of Plaintiff, ROMMY HENELY, in the total amount of $ 6500.00. Said Judgment breaks down as follows: $ 6500.00 for damages suffered by Rommy Henley; $ Ø for damages suffered by Stephan Frederic Muller; ~~plus, punitive damages in the amount of \$______~~.

Case 19-33336 Doc 18-5 Filed 01/14/20 Entered 01/14/20 09:13:37 Desc Exhibit D Page 3 of 4

4. A judgment is entered in favor of Plaintiff, RAPHAEL ZILCH, in the total amount of $ 1,895.00 . Said Judgment breaks down as follows: $ 1,895.00 for damages suffered by Raphael Zilch; ~~plus, punitive damages in the amount of $~~

5. A judgment is entered in favor of Plaintiff, EDWARD STOROZUK, in the total amount of $ 6,500.00 . Said Judgment breaks down as follows: $ 6,500.00 for damages suffered by Edward Storozuk; ~~plus, punitive damages in the amount of $~~

6. A judgment is entered in favor of Plaintiff, BRIAN SHERMAN, in the total amount of $ 4,250.00 . Said Judgment breaks down as follows: $ 4,250.00 for damages suffered by Brian Sherman; ~~plus, punitive damages in the amount of $~~

7. A judgment is entered in favor of Plaintiff, JOE NEWHART, in the total amount of $ 9,145.00 . Said Judgment breaks down as follows: $ 9,145.00 for damages suffered by Joe Newhart; ~~plus, punitive damages in the amount of $~~

8. An additional judgment is entered in favor of the Plaintiffs and against the Defendants, for the total amount of $_____, for Plaintiffs' court costs and expenses incurred in connection with this Lawsuit.

Zane D. Smith & Associates
Attorneys for the Plaintiffs
221 North LaSalle Street, Suite 1320
Chicago, IL 60601
Ph. (312) 245-0031
F. (312) 245-0022
Zane@zanesmith.com

ENTERED:     Judge Margaret Ann Brennan

APR 30 2018

Circuit Court - 1846

_____
Judge Margaret A. Brennan     1846